**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LAUREN B. BELL,

                Plaintiff,

-vs-                              Case No. 3:12-cv-381-J-99MMH-JRK

PSS WORLD MEDICAL, INC.,

                Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 13; Report), entered on December 7, 2012. In the Report, Magistrate Judge Klindt recommends that Defendant's Motion to Dismiss Count V of Plaintiff's Complaint and Incorporated Memorandum of Law (Dkt. No. 6) be granted to the extent that Count V of Plaintiff's Complaint be dismissed without prejudice to Plaintiff filing an amended complaint. See Report at 6. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions

de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Report and Recommendation (Dkt. No. 13) of Magistrate Judge Klindt is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss Count V of Plaintiff's Complaint and Incorporated Memorandum of Law (Dkt. No. 6) is **GRANTED** to the extent that Count V of Plaintiff's Complaint is **DISMISSED without prejudice**.

3. Plaintiff shall have up to and including **February 4, 2013**, to file an amended complaint, if such is Plaintiff's intention.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of January, 2013.

*[signature: Marcia Morales Howard]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable James R. Klindt
United States Magistrate Judge

Counsel of Record